CXE 18-022050
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Elizabeth L. Wassall - 023211995
Jeffrey Rappaport - 003431991
Kristen D. Little - 017411997
ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-HE3

| IN RE: | UNITED STATES BANKRUPTCY COURT |
| --- | --- |
| | FOR THE DISTRICT OF NEW JERSEY |
| GREGORY S AVILA, DEBTOR | |
| | CASE NO.: 19-14043-SLM |
| | CHAPTER 7 |

## NOTICE OF MOTION TO VACATE THE AUTOMATIC STAY

TO:   Luis A Alum, Attorney for Debtor
      Alum & Ferrer
      501 70th Street
      Guttenberg, NJ 07093

      Jeffrey Lester, Trustee
      Braverman & Lester
      374 Main Street
      Hackensack, NJ 07601

      Gregory S Avila, Debtor
      4710 Kennedy Boulevard, Apt 2
      Union City, NJ 07087

U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-HE3 has filed papers with the court requesting relief from the Automatic Stay.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant relief from the Automatic Stay to U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-HE3 with regard to your property located at Lot 25 Block 266  Commonly known as 4710 Kennedy Boulevard, Union City, New Jersey 07087 or if you want the court to consider your views on the motion, then on or before __April 2, 2019_____, you or your attorney must:

File a written response in opposition to this motion explaining your position and send to:

Clerk of the United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

Charles G. Wohlrab, Esquire
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054

Jeffrey Lester, Trustee
Braverman & Lester
374 Main Street
Hackensack, NJ 07601

Additionally, you must attend the hearing scheduled for __April 9, 2019__, at __10:00 am__ in Courtroom _____,

United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 3/12/19        Signature /s/ Charles G. Wohlrab
                               Charles G. Wohlrab, Esquire
                               Shapiro & DeNardo, LLC
                               14000 Commerce Parkway, Suite B
                               Mount Laurel, NJ 08054